UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT AMIS REYES,
    Plaintiff,

vs.                                                                                             Case No.:  3:20cv5671/RV/EMT

GAY LYNN REYES,
    Defendant.
_____/

## **ORDER**

    The chief magistrate judge issued a Report and Recommendation on October 21, 2020 (ECF No. 8).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

    Having considered the Report and Recommendation, I have determined that it should be adopted.

    Accordingly, it is **ORDERED**:

    1.    The chief magistrate judge's Report and Recommendation (ECF No. 8) is adopted and incorporated by reference in this order.

    2.    This case is remanded to the County Court of the First Judicial Circuit in and for Okaloosa County, Florida.

    3.    The Clerk is directed to close the file.

**DONE AND ORDERED** this 30th day of November 2020.

/s/ Roger Vinson
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**